# United States District Court

DISTRICT OF Rhode Island



September 30 , 2005

CA 05 411 T

Plaintiff
Brian Porter

V.

Defendant
City of Providence Mayor Cicilline
~~and~~
~~Providence Public Schoo~~ls

I, Pro Se , Brian Porter files
This Lawsuit seeking remedy
Of ( $100,000 ) one hundred thousand
Dollars do to the following Torts:

1. Conspiracy
2. Negligence
3. Duress

Count 1 charge: Conspiracy

Since 1993 , the Plaintiff has been employed
By the Providence Public Schools as a Teacher
Until his resignation in 2004 to further recover
From the Gas leaks which shredded his skin.

The former Mayor of the City of Providence
Is in jail for certain crimes and the Current
Mayor has not sufficiently resolved the issues
Concerning the Plaintiff: Brian Porter's injuries
On the job at the Hanley Vocational Ed. Building
Located adjacent to Central High School.
Therefore , the current Mayor of Providence has
Conspired to maintain certain adverse health
Flaws by not settling the matter sufficiently.

# United States District Court

DISTRICT OF Rhode Island

September 30 , 2005



Count 2 Charge Negligence:

Former Governor of R.I. Mr. Sudlan had Ordered that the classroom which had a Severe gas leak that Brian Porter taught Special Ed. be shut down indefinitely until An alternative educational site was formed. The former Superintendant: Arthur Zarella Phd. Had instructed that certain days should be returned to Brian Porter's sick day bank and many Providence School teachers who taught in the Hanley Vocational Building signed a petition To Shut it down ridding it of toxic waste and Suggested that a new School be built

Since the time of his injury , Brian Porter asked To be granted financial recovery money because Of the pain and suffering caused by that gas Leak. However , I was told by a controversial Doctor that the burns were heredity linkage of Psorais and enzema, but it wasn't.

Count Charge 3: Duress

The current Mayor of the City of Providence And the Providence Public Schools caused the Plaintiff Brian Porter extensive stress and Interfered with his ability to teach as a member Of the Providence School Department while Works of art were stolen from his locked classroom File cabinets as he was striving to recover during The 2003/2004 academic school year.

# United States District Court

DISTRICT OF Rhode Island

## CERTIFICATE OF SERVICE

September 30 , 2005

I , Pro Se , Brian Porter hereby certify that On Semptember30 , 2005 , I mailed a copy of The Plaintiff Brian Porter's civil lawsuit filed In the Federal District Court of Rhode Island With financial remedy to the Defendants' City of Providence Mayor and the Providence School Department.

City of Providence
Mayor's Office
25 Dorrance Street
Providence, Rhode Island

Providence Public Schools
Office of the Superintendant
797 Westminster Street
Providence , Rhode Island

BRIAN PORTER
25 MESSINA ST.
PROVIDENCE, RI 02908