UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BRIAN PORTER, Plaintiff, | : | |
| v. | : | CA 05-411 T |
| CITY OF PROVIDENCE MAYOR, Defendant. | : | |

**ORDER**
**DENYING WITHOUT PREJUDICE**
**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Before the court is the application of Plaintiff Brian Porter to proceed without prepayment of fees in his civil rights action. See Application to Proceed without Prepayment of Fees and Affidavit (Document #2) ("Application") filed on October 3, 2005. The Application is denied without prejudice for the reasons stated below.

First, the Application is not signed. Second, the Application is incomplete. For example, Plaintiff appears to state that he is self-employed with disability payments, but he does not say what he earns or the amount of the payments received.[1] Although Plaintiff indicates that he has cash or a checking or savings account, he has not stated the total amount of money available. He apparently owns property, with a value of at least $125,000 according to a mortgage company, but he fails to state whether there is a mortgage on the property, the amount of such mortgage, and the amount of any mortgage payments. He also left blank the section pertaining to dependents.

Plaintiff is directed to submit a signed application and affidavit in which he answers all questions and provides

---

[1] The court finds it difficult to read Plaintiff's application due to the size of Plaintiff's handwriting.

supporting information where requested. Such information shall be legible.

So ordered.

ENTER:

David L. Martin
United States Magistrate Judge
October 6, 2005

BY ORDER:

Deputy Clerk