**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**Brian Porter**
**(Plaintiff)**

**Vs** **C.A. NO. 05-411T**

**City of Providence, Mayor and**
**Providence Public School Department**
**(Defendants)**

**DEPENDANTS ANSWER TO PLAINTIFF'S COMPLAINT**

**Count 1 charge: Conspiracy**

Defendants deny generally and specifically each and every allegation contained in Count 1 Charge: Conspiracy of Plaintiffs Complaint.

**Count 2 Charge Negligence:**

Defendants deny generally and specifically each and every allegation contained in Count **2** Charge: Negligence of Plaintiffs Complaint.

**Count Charge 3: Duress**

Defendants deny generally and specifically each and every allegation contained in "Count Charge 3: Duress" of Plaintiffs Complaint.

**IRMATIVE DEFENSES**

1. Plaintiffs Complaint fails to state a cause of action upon which relief may be granted.

2. At all times material hereto, Defendant acted with due care.

3. Service of Process was insufficient.

4. Plaintiffs negligence contributed towards any damages which Plaintiff may have suffered.

5. This Court does not have proper venue over this action.

6. This Court does not have proper subject matter jurisdiction over this action.

7. Defendant pleads the defense of R.I.G.L. 45-15-9.

8. . The Complaint must be dismissed as Plaintiff has failed to name the City Treasurer as a defendant, as is required by R.I.G.L. 45-15-5.

9. This notice of claim of the Plaintiff, filed with the City of Providence, fails to comply sufficiently with the statutory requirements of notice.

Defendants
City of Providence – Mayor
Providence School Department

By their Attorney:

Joseph M. Fernandez,
City Solicitor

Pamela B. Quigley, (#5152)
Assistant City Solicitor
City of Providence – Law Department
275 Westminster Street
Providence, RI 02903
(401) 421-7740
(401)351-7597 Fax

## CERTIFICATION

I hereby certify that I mailed a true copy of the within to the Plaintiff, Pro Se as listed below on this 20th day of October 2005.

Brian Porter, Pro Se
25 Messina Street
Providence, Rhode Island 02908-1613