UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BRIAN PORTER,
PLAINTIFF

v. C.A. No. 05-411T

MAYOR DAVID N. CICILLINE,
DEFENDANT

**SHOW CAUSE ORDER**

The parties are hereby directed to appear at 2:00 **PM** on Sept. 5, **2006**, and to show cause why this matter should not be dismissed for lack of prosecution.

By Order,

Deputy Clerk

ENTER:

David L. Martin
United States Magistrate Judge

Date: 8-15-06

forms\shwcaus3.ord