UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

BRIAN PORTER
        v.                          CA No. 05-411-T

CITY OF PROVIDENCE MAYOR

## ORDER OF DISMISSAL

This matter is dismissed for plaintiff's failure to comply with the Magistrate Judge's Show Cause Order (Document #5) directing him to appear at 2:00 p.m. on September 5 2006, and show cause why the matter should not be dismissed for lack of prosecution.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Chief Judge

Date: September 27, 2006