UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

BRIAN PORTER

v. CA No. 05-411-T

CITY OF PROVIDENCE MAYOR

**ORDER OF DISMISSAL**

This matter is dismissed for plaintiff's failure to comply with the Magistrate Judge's Show Cause Order (Document #5) directing him to appear at 2:00 p.m. on September 5 2006, and show cause why the matter should not be dismissed for lack of prosecution.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: September 27, 2006